**Order entered January 26, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01036-CV

### IN THE INTEREST OF L.L.V., A CHILD

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-56612-2021**

## ORDER

This is an accelerated appeal from an order terminating appellant's parental rights. Appellant's brief is currently due January 30, 2023.

Before the Court is appellant's motion for a thirty-day extension of time to file his brief. We **DENY** the motion and *caution appellant that the appeal is subject to dismissal on February 10, 2023 should appellant's brief not be filed.*

/Emily Miskel/
EMILY MISKEL
JUSTICE